FILED

2020 Jun-04  AM 10:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| CARLOS A. WARE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No.:  1:19-cv-02052-LSC-HNJ |
| | ) | |
| JIMMY KILGORE, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION

Petitioner Carlos A. Ware filed *pro se* this action for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, on or about December 18, 2019.  (Doc. 1).  The petitioner claims his arrest violated the Fourth Amendment.  (*Id*., at 7-8).  On May 7, 2020, the magistrate judge to whom the case was referred entered a report and recommendation, pursuant to 28 U.S.C. § 636(b), that the habeas petition be dismissed without prejudice based on the petitioner's failure to exhaust his state law remedies.  (Doc. 12).  Although the petitioner was notified of his right to file objections to the report and recommendation within fourteen (14) days, no objections to the report and recommendation have been filed with the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's Report and Recommendation, the court is of the opinion that the magistrate judge's findings are due to be and are hereby

**ADOPTED** and his recommendation is **ACCEPTED**.  Accordingly, the petition for

writ of habeas corpus is due to be **DISMISSED WITHOUT PREJUDICE** to allow

the petitioner to exhaust his available state court remedies.

A separate Final Order will be entered.

**DONE** AND **ORDERED** ON JUNE 4, 2020.

_____

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704

2